# EXHIBIT B

**Declaration of Marc Burmich, President & CEO, Choices Pregnancy Centers of Greater Phoenix, Inc.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jocelyn Samuels**,<br><br>        *Plaintiff*,<br><br> v.<br><br>**Donald J. Trump**, et al.,<br><br>        *Defendants*,<br> and<br><br>**Choices Pregnancy Centers of Greater Phoenix, Inc.**; and **Christian Employers Alliance**, on behalf of its members,<br><br>   *Proposed Intervenor-Defendants*. | **Civil Action No. 1:25-cv-01069-TSC** |

**Declaration of Marc Burmich, President & CEO,
<u>Choices Pregnancy Centers of Greater Phoenix, Inc.</u>**

I, Marc Burmich, President & CEO, Choices Pregnancy Centers of Greater Phoenix, Inc., declare as follows:

1. I am over 21 and I am fully competent to make this declaration.

2. These facts are true, correct, and within my personal knowledge. If called to testify, I could and would testify competently to them.

3. I am the President & CEO of Choices Pregnancy Centers of Greater Phoenix, Inc. (Choices), a nonprofit 501(c)(3) corporation previously known as Crisis Pregnancy Centers of Greater Phoenix, Inc.

4. I have served in this role for five years and eight months. I have personal knowledge of our employment practices and the effect of the policies at issue in this case.

5. I submit this declaration on my own behalf and as a corporate representative of Choices.

6. Choices is not a member of the Christian Employers Alliance (CEA), the Catholic Benefits Association, or United in Purpose.

**I.     Background on Choices Pregnancy Centers of Greater Phoenix, Inc.**

7. Choices is a pregnancy resource center founded in 1983 to offer assistance to pregnant mothers. Choices has care centers in Arizona, located in Glendale; Mesa; Central Phoenix, and on the campus of NPHX Church via their Hope Center; as well as a mobile unit.

8. Choices provides most of its services for free, and most of our clients face difficult socioeconomic circumstances. Over the past decades, Choices has served over 280,000 women, babies, and families.

9. Choices helps pregnant mothers facing challenging circumstances give birth to their children. To advance this mission, our staff and volunteers provide women and men with support, information, and services so they can understand that abortion is not their only option. Choices works to ensure that women are fully aware of relevant details about their child developing within them and, if they are considering an abortion, that they understand what abortion involves.

10. When a woman comes to Choices believing that she is or may be pregnant, Choices offers her a pregnancy test. If the woman's pregnancy test is positive, Choices offers to perform an ultrasound. During the ultrasound, the woman will have the chance to observe her baby's heartbeat, if detectible, and learn about the child's stage of development and various physical attributes.

11. When women planning to abort come to Choices and learn the details about their unborn child's development and physical characteristics, see their child via ultrasound, observe their child's heartbeat, and take time to consider that information, they often decide to give birth instead.

12. Choices assists some women who would like to parent their child but plan to have an abortion because they feel they have no alternatives. Some feel they lack the support structures they need. Others fear that they cannot afford necessities for their child. Some of these women even come to Choices with an accurate understanding of their unborn child's development and a personal moral conviction that abortion is wrong, yet believe abortion is simply unavoidable.

13. Choices works to provide pregnant women with the resources they feel they need to be mothers. For some, it is social support. For others, it is training. And for many, it is material resources, like diapers, wipes, baby clothes, and car seats. Choices provides all of these resources and more, including referrals for housing and information about other public and private resources.

14. Choices offers some services up to two years following the birth of the child. Our services include, but are not limited to, prenatal nutrition classes, free prenatal vitamins, labor and delivery classes, breastfeeding classes, classes (in partnership with Phoenix Children's Hospital) about ensuring safe sleep for infants, postpartum care, and a one-on-one mentoring program for new parents.

15. Although Choices does not refer to or provide abortion services, we provide a safe place to talk, explore options, seek medical services, learn about available resources, and hear about the hope available to all of us for a better life.

16. Choices also assists women who regret their decision to have an abortion. Our counseling is free, confidential, safe, and compassionate. Choices recognizes the devastating psychological and physical effects some women experience after an abortion.

## II.   Our Employees

17. Choices is staffed by medical professionals and client advocates who are here to listen and provide the information necessary to help individuals make informed decisions about their body, sexuality, and future.

18. Choices has 37 employees.

19. Our Medical Director is Dr. Eric Hazelrigg, a physician licensed to practice medicine in the State of Arizona. Choices has Registered Nurses, Registered Diagnostic Medical Sonographers (RDMS), and Physician Assistants on staff. There is at least one Registered Nurse at each of the four Arizona offices. All of our medical professionals work under the direction and supervision of Dr. Hazelrigg.

20. Our client advocates interact with women and men that come into our center daily looking for answers and hope. They receive rigorous training on how to come alongside our clients to provide factual information about options, and

practical support to help them make informed decisions about their pregnancy, relationships, and sexual health.

21. We also have LifePath Parenting Educators, who facilitate weekly in-person and online prenatal and parenting classes. Classes provide education, support, and encouragement. Those who participate in training receive credit to our Baby Boutiques to shop for needed items for their baby.

22. As a pregnancy center, we love to celebrate life. That's why all employees receive their birthdays off with pay. In addition, each year, we provide all employees who work 20+ hours, 9 paid holidays, 2+ weeks of paid vacation time, 2+ weeks of paid sick time, and the ability to request extra paid time off for mission trips and camps.

23. We also give every employee paid time off from Christmas to New Year's—two weeks of regularly scheduled paid time off for all employees—to celebrate the best birthday of all.

### III. Our Core Beliefs and Standards

24. Our ministry's heart is for the client, the baby a mom is carrying, and the women and men suffering from an abortion in their past. We hope that God's love will be illuminated through Choices onto the clients that come through our doors.

25. Before we open to serve each day, we gather across the Phoenix Valley for a time of prayer, Bible reading, and worship.

26. To promote a high standard of care and to remain rooted in a biblical worldview, Choices has employment and volunteer requirements documented in its statement of faith, lifestyle agreement, bylaws, and employee handbook.

### A. Our Statement of Faith

27. Choices has a statement of faith to which every employee and volunteer must agree before submitting an employment or volunteer application. Our statement of faith describes our Christian beliefs, including

    (1) We believe that all human life is sacred and created by God in His image. Human life is of inestimable worth in all its dimensions, including pre-born babies, the aged, the physically or mentally challenged, and every other stage or condition from conception through natural death. (Psalms 139)

    (2) We believe that God wonderfully and immutably creates each person as either male or female. These two distinct, complementary sexes together reflect the image and nature of God (Genesis 1:26–27). Rejection of one's biological sex is a rejection of the image of God within that person.

    (3) We believe that every person must be afforded compassion, love, kindness, respect, and dignity. (Mark 12:28–31; Luke 6:31; John 8:7) Hateful and harassing behavior or attitudes directed toward any individual are to be repudiated and are not in accord with Scripture and are not the doctrines of Choices.

### B. Our Lifestyle Agreement

28. Choices has a lifestyle agreement for employees and volunteers.

29. Our lifestyle agreement says, "Persons engaged in ministry at Choices Pregnancy Centers as a staff member or volunteer are called to high standards of ethical conduct and personal integrity."

30. Under this agreement, "In order to assure that those who are in ministry behave in a manner consistent with Biblical teaching and ethical standards," we expect that staff will, among other things,

    (1) Agree with the Biblical principle of the sanctity of human life. (Psalm 139)

    (2) Agree with Choices' policy of not referring a client for birth control, abortion, or abortifacients.

  (3) Maintain appropriate professional boundaries to avoid impropriety or the appearance of impropriety.

  (4) Conduct themselves in a manner that is consistent with the discipline, norms, and teachings of the word of God, as outlined in the Statement of Faith. (II Timothy 3:16; Galatians 6:9)

31. The agreement prohibits employee sexual harassment.

32. Under this agreement, "Choices reserves the right to operate according to its sincerely held religious beliefs about biblical marriage and sexuality and therefore does not define 'harassment' as including any enforcement of, or adherence to, its biblical principles and expectations in the areas of marriage, sexuality, dress, and discipline."

**C. Our Bylaws**

33. Our bylaws list as our Mission Statement that, "Motivated by the love and calling of God through our savior Jesus Christ, The Crisis Pregnancy Centers of Greater Phoenix, Inc. promotes the values of the sanctity of human life, premarital abstinence, and marital fidelity in our community."

34. Our bylaws list our objectives to include, "To provide women, families, and youth with comprehensive services including, education and support programs for crisis pregnancies, prevention, and alternatives to abortion."

35. Choices has conduct requirements for directors, which are set forth in its bylaws. These requirements read: "The Crisis Pregnancy Centers of Greater Phoenix, Inc. believes that the breadth and quality of its ministry is directly related to the depth and sincerity of commitment to Jesus Christ demonstrated by each member of the Board of Directors. Therefore, all members of the Board of Directors shall be dedicated Christians who evidence a deep spiritual life and an active love for Christ and His work. They are to be in agreement with the mission statement and objectives of The Crisis Pregnancy Centers of Greater Phoenix, Inc. as outlined

in Article II, Section 3, of these bylaws. They shall also sign a copy of the Statement of Faith, Article III, at the beginning of each term of service."

### D. Our Employee Handbook

36. Choices has an employee handbook with personnel policies.

37. The handbook lists our Mission Statement, which reads, "The Choices Pregnancy Centers of Greater Phoenix exist to promote the values of the sanctity of human life, biblical sexual integrity, and marital fidelity; and to establish life-affirming ministries to serve Choices and transform the culture."

38. The handbook lists our Equal Employment Opportunity policy, which reads, "Choices does not discriminate on the basis of race, color, biological sex, national origin, age, disability, genetic information, or any other characteristic that may be protected by applicable federal, state or local laws with respect to recruitment, hiring, training, promotion and other terms and conditions of employment."

39. The handbook describes how we post government-required labor posters. It reads, "You will find a complete set of notices and posters on the bulletin boards located in the office breakroom. These notices and posters identify your rights and protections provided by various state or federal laws dealing with employment practices. Please read these notices and posters so you will know your rights and protections."

## IV. Our Policies and Practices on Abortion and "Gender Identity"

### A. Abortion

40. Choices helps pregnant women and gives them the information and resources they need to make a fully informed decision about abortion. Over the years, Choices has worked with thousands of women to provide information and

assistance that helps them realize that they can give birth and have a meaningful, loving relationship with their child.

41. Because of the importance of pro-life work and pro-life speech to our operations, Choices can only employ persons whose conduct does not contradict our pro-life position. In particular, Choices cannot have leaders who do not share our mission and values, or who would diminish the expression of our beliefs. Choices seeks to be free to decline to employ a person who takes the position that a previous elective abortion they had was justified, or who has or defends having an elective abortion while employed at Choices, and Choices especially seeks to apply this principle for its leadership positions. Employing such a person would go against our effectiveness and mission.

42. The United States Equal Employment Opportunity Commission (EEOC) issued a rule saying that the Pregnant Workers Fairness Act (PWFA) requires employers to "accommodate" abortions through the employer's personnel decisions, speech, and leave policies.

43. Choices wants to ensure that Choices can have pro-life employees, that Choices can promote pro-life options like adoption without government censorship, and that Choices need not provide additional on-demand leave above normal allowance for an employee to get an elective abortion.

44. As a result, Choices objects to complying with the PWFA Abortion Mandate's requirement that Choices not take any adverse action against an employee or applicant because of her decision to have an abortion inconsistent with our position on abortion, that Choices not engage in pro-life speech contrary to the mandate, and that Choices must provide its employees additional on-demand leave above normal allowance to obtain an elective abortion.

### B.   "Gender Identity"

45.   Choices is a pro-woman organization. Choices works every day to support the safety and dignity of women, including its many female clients. As a medical organization, we know the biological reality of unborn life—and of the two sexes that create that unborn life.

46.   Our biblical worldview informs everything we do. God created us male and female, each with biological differences and inherent dignity. Scripture reflects the biological reality that there is no spectrum between male or female.

47.   We cannot refer to a man as *she*, and to a woman as *he*. We cannot use inaccurate or opposite-sex pronouns or otherwise treat a person as the opposite sex.

48.   Our facilities include medical examination rooms with ultrasound equipment. Men (including male employees) are not permitted in an ultrasound room, other than a male medical professional on duty and another male who the mom permits and who has passed screening.

49.   Our facilities include temporary lactation spaces reserved for nursing moms. When our lactation spaces are in use for this purpose, males may not enter the lactation areas.

50.   As a medical facility, it is important to protect the privacy, safety, and dignity of our female clients, employees, and volunteers. So we cannot allow employees to access the single-sex spaces of the opposite sex. We reserve our female ultrasound rooms and our female lactation rooms for women and girls. We do not want to be responsible for providing employees access to single-sex spaces of the opposite sex.

51.   We expect our employees to wear sex-appropriate attire in various professional settings. We do not make exceptions to sex-specific dress codes that would allow a male to wear obviously female attire based on gender identity.

52. EEOC issued a "gender-identity nondiscrimination" mandate for employers under Title VII. Choices seeks to ensure that Choices need not use an employee's self-selected pronouns, ensure employee access to single-sex facilities (like restrooms and locker rooms) based on gender identity, or give dress-code exemptions based on gender identity.

V.   **Our Objections to EEOC's Abortion and Gender-Identity Mandates**

53. Choices does not have policies, processes, training, or monitoring programs in place: (a) that require use of an employee's self-selected pronouns, (b) that recognize employees' gender identity instead of sex, (c) that ensure employee access to single-sex facilities (like lactation rooms or ultrasound rooms) based on gender identity, (d) that limit workplace speech opposing gender-transition efforts, (e) that limit pro-life workplace speech, (f) that provide additional on-demand leave above normal allowance for an employee to get an elective abortion, or (g) that would employ a person who acted inconsistently with our pro-life beliefs, especially to employ such a person for a leadership position. Choices seeks to be free to decline to employ a person who takes the position that a previous elective abortion they had was justified, or who has or defends having an elective abortion while employed at Choices, and Choices especially seeks to apply this principle for its leadership positions

54. Choices objects to having to change our policies and practices, or to alter our speech. We object to having to coerce our employees' speech to make our employees comply with EEOC's mandates.

55. To comply with EEOC's mandates, Choices would need to devote significant time and resources to reviewing the regulations and to creating or updating policies, customs, training programs, and monitoring programs. We would also need to post posters stating that we comply with the EEOC mandates. I

estimate that it would take several hours of my time and other employee time, imposing costs exceeding $1000 of lost employee value on our company. In addition, taking such actions would impose more than financial and logistical costs—it would impose incalculable reputational costs, as we would contradict our pro-life and Christian mission, undermine our public message, and risk harming employees. We object to incurring these financial, logistical, and reputational costs.

56.  Our interests in this litigation cannot be adequately protected by anyone other than Choices itself. Only Choices fully understands its work, the value it has for the lives of the women its helps, the challenges faced by the women who seek its services, and the importance of staying true to its values in the workplace.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15 day of April 2025 at PHX, AZ

_____
Marc Burmich
President & CEO
Choices Pregnancy Centers of Greater Phoenix