# EXHIBIT C

**Declaration of Jeff Booher, CEO of Predictive Fitness, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jocelyn Samuels**,<br><br>        *Plaintiff*,<br><br>v.<br><br>**Donald J. Trump**, et al.,<br><br>        *Defendants*,<br>and<br><br>**Choices Pregnancy Centers of Greater Phoenix, Inc.**; and **Christian Employers Alliance**, on behalf of its members,<br><br>   *Proposed Intervenor-Defendants*. | **Civil Action No. 1:25-cv-01069-TSC** |

## Declaration of Jeff Booher, CEO of Predictive Fitness, Inc.

I, Jeff Booher, CEO of Predictive Fitness, Inc., declare as follows:

1. I am over 21 and I am fully competent to make this declaration.

2. These facts are true, correct, and within my personal knowledge. If called to testify, I could and would testify competently to them.

3. I am Founder and CEO of Predictive Fitness, Inc., a Delaware corporation located in Southlake, Texas within Tarrant County. I have served as CEO since I founded the company in 2009.

### A. About Predictive Fitness, Inc.

4. Predictive Fitness, Inc. (Predictive Fitness) is an innovator in AI-powered fitness software solutions targeted to endurance athletes, coaches, and health-conscious individuals.

5. Our software harnesses data to help people live healthier, longer, and happier lives. We employ proprietary normalizing technologies, artificial intelligence, machine learning, predictive analytics, and other patent-pending technologies to create athletic solutions.

6. For example, our flagship product, TriDot, is the first and most advanced AI-driven endurance training platform for coaches and triathletes. Powered by AI and based on 20 years of research, TriDot has prescribed 100+ million athlete training sessions using athlete biometrics, training data, coach inputs and its own proprietary to deliver the most personalized training in the sport. For coaches, TriDot analyzes training data that's otherwise humanly impossible, saving coaches hours of writing training plans which means more time for growing their business and building deeper athlete relationships.

7. With TriDot, athletes experience better results, in less time, with fewer injuries. TriDot is the Official Training Platform of IRONMAN and winner of "Sports Technology Group's Award for Best Technology in Data and Analytics (Sports)" for 2024.

8. TriDot is a software-as-a-service (SaaS) technology and performance science division of Predictive Fitness. Its sister app, RunDot, delivers the same optimized and customized technology for runners.

**B.   Predictive Fitness's CEA Membership**

9. Predictive Fitness is a member of the Christian Employers Alliance (CEA).

10. In my role as CEO, I have personal knowledge of the operations and circumstances of Predictive Fitness's membership in CEA, of Predictive Fitness's commitment to operating consistent with CEA's requirements, of Predictive Fitness's employment practices, and of the impact on Predictive Fitness's of the laws and policies challenged in this case.

11. I submit this declaration on my own behalf and as corporate representative of Predictive Fitness.

12. I have reviewed CEA's Statement of Faith, Christian Values, and Christian Ethical Convictions, as set forth in CEA's Bylaws and on CEA's website.

13. Predictive Fitness adheres to these principles, including, but not limited to, the following:

  (1)  Human life, from the moment of conception to natural death, is sacred. Human life should be honored and protected at all stages of life.

  (2)  Abortion is the intentional taking of human life or termination of pregnancy at any time from the moment of conception through birth. Abortion is contrary to Christian Values.

    (3)    Male and female are immutable realities defined by biological sex. Gender "reassignment" is not biologically possible. Attempting or claiming to do so is contrary to Christian Values.

    (4)    All people have the God-given right to exercise their faith freely, without interference from the government.

    (5)    Christians are called to live out their faith in every area of their lives—their homes, schools, ministries, businesses, and communities.

14. Our roots are in a Christian triathlon club, combining spiritual and physical fitness. We help people be healthy and whole, and from that we enable spiritual growth. Our first core value is, "We are founded in faith and focused on eternity."

15. Predictive Fitness is a Christian company. We adhere to Christian core values and principles, including and in addition to those we accept by being a member of CEA.

16. Our company's principles are based in Scripture, particularly the Letter to the Ephesians, and we build our company's culture around these principles.

    DEVOTION. We are founded in faith and focused on eternity.

    SERVICE. We are passionate about helping people improve and succeed.

    UNITY. We value teamwork and community. We're better together.

    WISDOM. We hunger for knowledge and insight to better educate, inspire, and serve others.

    COURAGE. We are pioneering and risk-taking. We choose to be the man in the arena.

    PERSEVERANCE. We are bold, committed, relentless. We will either find a way or make one. (inveniam viam aut faciam)

    EXCELLENCE. We are committed to quality and winning. Excellence is a habit.

INTEGRITY. We have integrity, authenticity, and humility. We strive to do the right things right.

17. We are respectful and loving towards all our employees and customers no matter what their faith or non-faith background may be. We are committed to running the company according to our religious values and principles.

18. The members of Predictive Fitness's board of directors are Christians. We pray at the beginning of our board meetings and sometimes before other calls.

19. A supermajority of our ownership is comprised of Christians, including myself and others who hold over 80% of ownership interest in the company. We are committed to our company maintaining its Christian principles and its membership in CEA in line with CEA's principles.

20. Predictive Fitness is a CEA member, and it is not a member of United in Purpose or the Catholic Benefits Association.

21. Our company has 45 employees.

C. **Predictive Fitness's Policies and Practices**

22. Predictive Fitness is an athletic company. We know that God created us male and female, each with biological differences and inherent dignity. Our products are intended to help anyone improve their health and fitness.

23. We know that God call us to treat everybody with respect, love, and truth. We speak the truth with love and do not require our employees to speak in ways inconsistent with their beliefs as long as they are respectful of others.

24. At Predictive Fitness we oppose being required by the government to use inaccurate or opposite-sex pronouns or otherwise treat a person as the opposite sex. We seek to be able to speak freely in truth and love. We do not require our employees to speak in ways contrary to their beliefs within the realm of respect and professionalism. But we do not want the government to force us to speak contrary to our beliefs, what is true, or our company's values, nor for the government to force us

to penalize our employees for speaking respectfully and professionally consistent with their beliefs.

25. We have a duty to protect the privacy and dignity of all employees.

26. We host events where there may be single-sex spaces such as restroom facilities. We do not want to be required by the government to allow employees to access single-sex spaces of the opposite sex.

27. Our practices include a situation-specific professional dress code for employees. Employees are expected to wear sex-appropriate attire in various professional settings, including business meetings, zoom calls, training sessions, and sporting event venues. We oppose treating employees as the opposite sex, such as by making exceptions to sex-specific dress codes, so that a male would wear female attire if he identifies as female.

28. We believe that the right to life is a human right beginning at conception.

29. We want to be able to ensure that pregnant women have the support they need and deserve. We want to be able to speak our pro-life views in love and compassion. We believe it is important to love and respect women who are facing pregnancy, including our employees.

30. We object to the government forcing us to give abortion special treatment in employment accommodations. We have generous benefits and policies for employees having medical procedures. We oppose the government requiring us to give employees more than what our policies provide just because the procedure they are having involves abortion. To do so would violate our Christian commitments to the respect for life created by God.

31. We object to having to change these policies and practices, or to alter our speech, to comply with gender-identity or abortion accommodation mandates.

32. The United States Equal Employment Opportunity Commission (EEOC) issued a "gender-identity nondiscrimination" mandate for all employers under Title VII. Like other CEA members, Predictive Fitness wants to ensure that it need not use an employee's self-selected pronouns or ensure employee access single-sex facilities (like restrooms and locker rooms) based on gender identity.

33. EEOC also issued a rule saying that the Pregnant Workers Fairness Act (PWFA) requires employers to "accommodate" abortions. Like other CEA members, Predictive Fitness wants to ensure that it can promote pro-life options like adoption without government censorship, and that it is not required to provide additional on-demand leave above normal allowance for an employee to get an elective abortion.

34. Predictive Fitness does not have policies, processes, training, or monitoring programs in place: (a) that require use of an employee's self-selected pronouns, (b) that recognize employees' gender identity instead of sex, (c) that ensure employee access to single-sex facilities (like restrooms and locker rooms) based on gender identity, (d) that limit workplace speech opposing gender-transition efforts, (e) that limit pro-life workplace speech, or (f) that provide additional on-demand leave above normal allowance for an employee to get an elective abortion.

35. To comply with EEOC's mandates, our company would need to devote significant time and resources to reviewing the regulations and to creating or updating policies, processes, training, and monitoring programs. We would also need to post posters stating that we comply with the EEOC mandates. I estimate that, at a minimum, this would require several hours of my time and other employee time, imposing costs well above $1,000 of lost employee value. In addition, taking such actions would impose more than financial and logistical costs—it would impose incalculable reputational costs, as we would contradict our Christian

mission and we would risk harming employees. We object to incurring these financial, logistical, and reputational costs.

I declare under 28 U.S.C. § 1746 and under penalty of perjury that this declaration is true and correct based on my personal knowledge.

Executed this 15th day of April 2025 at Southlake, Texas.

_____
Jeff Booher
Founder & CEO
Predictive Fitness, Inc.