# EXHIBIT D

**Declaration of Kimberly Fletcher, President of Moms for America**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jocelyn Samuels**,<br><br>*Plaintiff*,<br><br>v.<br><br>**Donald J. Trump**, et al.,<br><br>*Defendants*,<br>and<br><br>**Choices Pregnancy Centers of Greater Phoenix, Inc.**; and **Christian Employers Alliance**, on behalf of its members,<br><br>*Proposed Intervenor-Defendants*. | **Civil Action No. 1:25-cv-01069-TSC** |

## Declaration of Kimberly Fletcher, President of Moms for America

I, Kimberly Fletcher, Founder, President, and CEO of Moms for America, declare as follows:

1. I am over 21 and I am fully competent to make this declaration.

2. These facts are true, correct, and within my personal knowledge. If called to testify, I could and would testify competently to them.

3. I am President of Moms for America, a nonprofit corporation located in Branson, Missouri.

### A. About Moms for America

4. Moms for America is a national movement of moms reclaiming our culture for truth, family freedom and the constitution—reviving the sense of community and spirit of sisterhood that once thrived among the women of America.

5. From our founding in 2004 in Dayton, Ohio, Moms for America has been the trusted source for moms looking to promote a love of liberty in their homes and communities.

6. Moms for America exists to empower moms, promote liberty, and raise patriots to heal America from the inside out. Moms for America builds a national movement of moms to promote the principles of Liberty to restore the Republic, and create a culture of truth, family, and freedom in our homes and communities.

7. As a pro-life nonprofit advocacy organization, Moms for America promotes a positive message about family, motherhood, and the sanctity of human life from the moment of conception.

8. As we describe on our website when we tell our story, Moms for America is a "cultural movement of moms [that] marches forward together to restore the value of motherhood, marriage, womanhood, life, and patriotism

1

proclaimed through the lives they lead, the children they raise, and the liberty they possess."[1]

9. We also explain on our website, "Life is a sweeping issue that encompasses us all. We must pray, speak, share posts, and care deeply for everyone as we hold to this truth: every life is precious, unique, and sacred—from conception until natural death."[2]

10. That is why Moms for America takes the position that "[w]e at Moms for America proudly stand to protect the unborn and the right to life. Protecting the sanctity of life has been a pillar of mothers and fathers across the globe for decades. We value the family at Moms for America—that means protecting babies from conception to birth and beyond."[3]

11. Moms for America is national, non-profit 501(c)(3) educational corporation.

12. Moms for America has over 30 employees. Typically our employees share our Christian faith and respect our values. The CEO and board of directors are Christian. Before each meeting, our employees pray.

### B. Moms for America's CEA Membership

13. Moms for America is a member of the Christian Employers Alliance (CEA).

---

[1] *Our Story*, Moms for America, https://momsforamerica.us/our-story/ (last visited April 15, 2025).

[2] *What Happens After Birth? Pro-Life Americans Step Up to Help*, Moms for America (May 12, 2024), https://momsforamerica.us/blog/what-happens-after-birth/.

[3] Press Release, Moms for America Support Overturning *Roe v. Wade* (May 3, 2022), https://momsforamerica.us/press-releases/moms-for-america-support-overturning-roe-v-wade/.

14. In my role as President, I have personal knowledge of the operations and circumstances of Moms for America's membership in CEA, of Moms for America's commitment to operating consistent with CEA's requirements, of Moms for America's employment practices, and of the impact on Moms for America of the laws and policies challenged in this case.

15. I submit this declaration on my own behalf and as corporate representative of Moms for America.

16. I have reviewed CEA's Statement of Faith, Christian Values, and Christian Ethical Convictions, as set forth in CEA's Bylaws and on CEA's website, including with respect to sex and human life, and gender transitions and abortions. Moms for America operates consistent with CEA's requirements.

17. Moms for America adheres to these principles, including, but not limited to, the following:

   (1) Human life, from the moment of conception to natural death, is sacred. Human life should be honored and protected at all stages of life.

   (2) Abortion is the intentional taking of human life or termination of pregnancy at any time from the moment of conception through birth. Abortion is contrary to Christian Values.

   (3) Male and female are immutable realities defined by biological sex. Gender reassignment is contrary to Christian Values.

   (4) All people have the God-given right to exercise their faith freely, without interference from the government.

   (5) Christians are called to exercise their faith in every area of their lives—their homes, schools, ministries, businesses, and communities.

18. Moms for America is a CEA member, and it is not a member of United in Purpose or the Catholic Benefits Association.

C.     **Moms for America's Core Beliefs and Standards**

19.    Moms for America operates under specified core beliefs and standards. As our website says, all employees, executives, board members and contractors must agree with and endeavor to make decisions and engage in efforts that support the following core values and beliefs:

(1) **We believe in God-given rights.** We believe the rights proclaimed in the Declaration of Independence and the preamble to the US Constitution are incontrovertible. As such, we commit to defend the right to life, liberty and the pursuit of happiness (which includes private property) by preserving and protecting the Constitution of the United States and the Bill of Rights.

(2) **We value personal responsibility.** This belief calls people up to self-governance, the value of work and the joy of self-determination and is supported in the US Constitution and natural law. As such, we endeavor to limit Government to its proper role.

(3) **We believe love is strong.** As such, we celebrate the intrinsic dignity of each member of the human race and honor that he or she is created purposefully in the image of God.

(4) **We value freedom.** We believe it is the foundation for a good society. As such, we actively study and apply freedom principles and promote the truth of our liberty loving heritage.

(5) **We believe freedom rights are maintained through engaged citizens who inspire good leadership.** When leadership is flawed, we believe that freedom principles are the appropriate provocation to usher in new leaders who govern by inspiration, lead by example, and stand strong for limited government, and support educational, economic and religious freedom.

(6) **We value the family.** We celebrate various solid educational platforms but affirm that the home is the best place to instill a love and understanding of liberty.

(7) **We believe in parental rights.** We honor the right and responsibility of parents to rear and cultivate their

4

children educationally, socially, vocationally and in all matters of faith.[4]

### D. Moms for America's Public Advocacy on Abortion and on Gender Identity

20. Moms for America is a prominent participant in the public square, including in debates over abortion and gender identity.

#### 1. Abortion

21. As Moms for America stated in praise of the overturning of *Roe v. Wade*: "Now, the erroneous ruling is struck down. At long last, it is finally on the ash heap of history where it belongs. Still, we mourn abortion's slaughter of more than 63 million innocent children killed by this atrocity that attempts to hide its blood-soaked history behind a seemingly innocuous word: 'Choice.'"[5]

22. Moms for America promotes the pro-life movement by sharing inspiring stories about the sanctity of all human life even in the face of very difficult circumstances where abortion is suggested, taking the position that "Life is precious. Period."[6]

23. Moms for America engages publicly on the most pressing issues, including highlighting abortion as one of the most prominent topics to guide people in voting in the 2024 national election, insisting that President Trump's policies

---

[4] *Core Beliefs*, Moms for America, https://momsforamerica.us/three-fold-mission/ (last visited April 15, 2025).

[5] *Post* Roe*'s Reversal, the Fight for Innocent Life Continues*, Moms for America (Mar. 29, 2024), https://momsforamerica.us/blog/post-roes-reversal-the-fight-for-innocent-life-continues/.

[6] *6 Real Lives to Inspire the Growing Pro-Life Movement*, Moms for America (Mar. 17, 2024), https://momsforamerica.us/blog/6-real-lives-to-inspire-the-growing-pro-life-movement/.

"will allow more babies to live compared to Harris, who promises to sign a federal law to bring abortion back permanently to every state in the union."[7]

24. When President Biden announced executive action for abortion access, I immediately responded to him, saying "We at Moms for America will always support the right to life, and will continue to pray for our leaders and the millions of unborn babies across the globe."[8]

25. Moms for America has told moms that "[w]e must protect and educate our kids to understand physical, spiritual, and common-sense truths as they grow. When they are old enough, teach them about the scourge of abortion and the truth about Planned Parenthood, so they'll know to steer clear."[9]

26. We highlight the heroic work of crisis pregnancy centers, who "provide warm and welcoming guidance to all who come through their doors."[10] "Each mom and dad are given clear information about making a choice to parent, to create an adoption plan, or what happens if they do seek an abortion elsewhere. The options are explained honestly, along with the implications of each."[11]

27. We also celebrate the work of foster-care and adoption ministries.[12]

---

[7] *Moms: Consider Now Before Voting in the 2024 Presidential Election*, Moms for America (Oct. 14, 2024), https://momsforamerica.us/blog/consider-now-before-voting-in-2024/.

[8] Press Release, Moms for America® Condemn Biden Administration's Executive Action on Abortion (July 8, 2022), https://momsforamerica.us/press-releases/bidens-executive-action-on-abortion/.

[9] *Guardians of Women's Health? The Ugly Truth About Planned Parenthood*, Moms for America (May 27, 2023), https://momsforamerica.us/blog/guardians-of-womens-health-the-ugly-truth-about-planned-parenthood/.

[10] *What Happens After Birth? Pro-Life Americans Step Up to Help*, Moms for America (May 12, 2024), https://momsforamerica.us/blog/what-happens-after-birth/.

[11] *Id.*

[12] *Id.*

**2.  Gender Identity**

28.  Moms for America also has sounded a warning about the harms of so-called gender-transition efforts. Affirming or facilitating transition efforts or elective abortions ignores the biological realities that humans are male or female and that human life begins at conception.

29.  For example, I have called on all parents in the pages of *Newsweek* to stand up against gender surgeries performed on minors.[13] I wrote,

> Our children are the victims of this cultural battle, and our moms are on the front lines. Moms for America has been leading the charge to defend parental rights. … We take seriously the task of protecting our children. The latest information on transgender surgeries happening in our country should be a wake-up call for anyone who doubted that this is one of the most critical battles for the soul of our nation that our generation will face.
>
> … Parents must unite and stand up against this threat to our children's health and happiness. Now is the time to take action. Moms for America is raising awareness about this issue and demanding answers from the people who have robbed our children of their innocence, and even their health.[14]

30.  We publish a guide for moms about gender confusion and what they need to know to protect their children. This guide addresses the state of medical research, the dangers of using incorrect pronouns, threats to women's privacy in restrooms and locker rooms, and the risks to women's equal athletic opportunities.[15] The guide expresses particular concern over how "female athletes are expected to sacrifice their own safety in order to affirm the identity of biological males. Nowhere

---

[13] Kimberly Fletcher, *Parents Must Stand Up Against Gender Surgeries Performed on Minors*, Newsweek (Sept. 19, 2023, 9:38 AM EDT), https://www.newsweek.com/parents-must-stand-against-gender-surgeries-performed-minors-opinion-1827470.

[14] *Id.*

[15] Moms for America, *Gender Confusion: What You Need to Know to Protect Your Children*, https://momsforamerica.us/wp-content/mfa-docs/Gender-Confusion-booklet.pdf.

is this more concerning than in all-female spaces like restrooms, changing rooms, and locker rooms."[16]

31.     Our website contains many other examples of our staunch public advocacy for moms and their babies and against the harms of abortion[17] and so-called gender transitions.[18]

### E.     Moms for America's Positions, Policies, and Practices

32.     Moms for America's position is that women are fully capable of being moms and living successful, happy lives. It's demeaning to say otherwise.

33.     That's why we believe that every pregnant woman should have the support she needs and deserves to be a great mom. Women deserve real healthcare options, not abortion, and every woman should receive the healthcare she needs for a healthy delivery. Women should not be put at greater risk of death, illness, or the psychological trauma that abortions cause.

34.     That's why we support pro-life alternatives to abortion, like adoption. In a *Townhall* article, I specifically addressed the need for we as parents to talk to our children about abortion and how to do so in an age-appropriate way so they will know the truth of this heinous act and reject it.[19] In another *Townhall* article I wrote in opposition to the Marshall Plan.[20] And that's why we cannot give women

---

[16] *Id.* at 11.

[17] Search Results for "abortion," Moms for America, https://momsforamerica.us/?s=abortion.

[18] Search Results for "gender," Moms for America, https://momsforamerica.us/?s=gender.

[19] Kimberly Fletcher, *How to Talk to Our Children About Abortion*, Townhall (Apr. 9, 2018), https://townhall.com/columnists/kimberlyfletcher/2018/04/09/how-to-talk-to-our-children-about-abortion-n2469160.

[20] Kimberly Fletcher, *Proposed Marshall Plan for Moms: We Can't Put a Price Tag on the Vocation of Motherhood*, Townhall (Feb. 17, 2021), https://townhall.com/

leave above a normal allowance or special time-off privileges simply for the purpose of obtaining an elective abortion.

35. Moms for America exists to share a message about family, life, and motherhood. Because of the importance of pro-life advocacy to Moms for America, it can only employ persons whose conduct does not contradict its pro-life position.

36. For this reason, Moms for America requires that individuals serving in leadership roles share and uphold our pro-life values in both belief and conduct. While we recognize that people may have personal histories that differ from our organizational stance, Moms for America seeks to ensure that those in visible or influential positions do not advocate for or justify actions that are inconsistent with our pro-life values. In particular, Moms for America may choose not to employ individuals—especially in leadership—who publicly defend elective abortion as compatible with our values. Doing so would risk undermining the clarity and effectiveness of our mission.

37. The United States Equal Employment Opportunity Commission (EEOC) issued a rule saying that the Pregnant Workers Fairness Act (PWFA) requires employers to "accommodate" abortions.

38. As a pro-life non-profit advocacy organization, Moms for America wants to ensure that it can promote pro-life options like adoption without government censorship, and that it is not required to provide additional on-demand leave above normal allowance for an employee to get an elective abortion, just like other CEA members for whom pro-life work is part of their mission.

39. As a result, Moms for America objects to the PWFA Abortion Mandate to the extent that it would prohibit us from considering alignment with our pro-life

---

columnists/kimberlyfletcher/2021/02/17/proposed-marshall-plan-for-moms-we-cant-put-a-price-tag-on-the-vocation-of-motherhood-its-rewards-are-timeless--and-priceless-n2584870.

beliefs when making employment decisions. While we are committed to treating all individuals with dignity and respect, we believe it is essential that our employees—particularly those in leadership—do not publicly support or promote elective abortion in a way that contradicts our mission. Therefore, we seek to maintain the freedom to make employment decisions that reflect and protect the integrity of our pro-life stance.

40. EEOC also issued a "gender-identity nondiscrimination" mandate for all employers under Title VII. Like other CEA members, Moms for America wants to ensure that it need not use an employee's self-selected pronouns or ensure employee access single-sex facilities (like restrooms and locker rooms) based on gender identity.

41. Women have the right to safety and dignity. God created us male and female, each with biological differences and inherent dignity.

42. God calls us to treat everybody with respect, love, and compassion. Love requires truth—it's not loving or respectful to speak falsely to our neighbors. For this reason, we cannot use inaccurate or opposite-sex pronouns or otherwise treat a person as the opposite sex.

43. Employees have a right to privacy and dignity, and so we cannot allow employees to access the single-sex spaces of the opposite sex. For this reason, we believe that female lactation rooms, restrooms, and locker rooms should be reserved for women and girls. If the situation were to come up with our employees at any future setting, such as conferences or other events, we would not want to be responsible for providing employees access to single-sex spaces of the opposite sex.

44. Moms for America has a professional dress code for employees. Employees are expected to wear sex-appropriate attire in various professional settings. Like other CEA members, Moms for America opposes treating employees as the opposite sex, such as by making exceptions to sex-specific dress codes, for

example, such that a male would wear obviously female attire based on gender identity.

45.     Moms for America does not have policies, processes, training, or monitoring programs in place: (a) that require use of an employee's self-selected pronouns, (b) that recognize employees' gender identity instead of sex, (c) that ensure employee access to single-sex facilities (like restrooms and locker rooms) based on gender identity, (d) that limit workplace speech opposing gender-transition efforts, (e) that limit pro-life workplace speech, (f) that provide additional on-demand leave above normal allowance for an employee to get an elective abortion, or (g) that would employ a person who acted inconsistently with our pro-life beliefs, especially to employ such a person for a leadership position. Moms for America seeks to be free to decline to employ a person who takes the position that a previous elective abortion they had was justified, or who has or defends having an elective abortion while employed at Moms for America, and Moms for America especially seeks to apply this principle for its leadership positions.

46.     Moms for America objects to having to change these policies and practices, or to alter our speech. We object to having to coerce our employees' speech to make our employees comply with EEOC's mandates.

47.     To comply with EEOC's mandates, our organization would need to devote significant time and resources to reviewing the regulations and to creating or updating policies, customs, training programs, and monitoring programs. We would also need to post posters stating that we comply with the EEOC mandates. I esti-mate that it would take several hours of my time and other employee time, imposing costs well in excess of $1000 of lost employee value on our company. In addition, taking such actions would impose more than financial and logistical costs—it would impose incalculable reputational costs, as we would contradict of

Christian mission, undermine our public message, and risk harming employees. We object to incurring these financial, logistical, and reputational costs.

I declare under 28 U.S.C. § 1746 and under penalty of perjury that this declaration is true and correct based on my personal knowledge.

Executed this 22 day of April 2025 at Branson, MO.

_____
Kimberly Fletcher
President
Moms for America