IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jocelyn Samuels**, <br><br> *Plaintiff,* <br><br> v. <br><br> **Donald J. Trump**, et al., <br><br> *Defendants,* <br> and <br><br> **Choices Pregnancy Centers of Greater Phoenix, Inc.** and **Christian Employers Alliance,** on behalf of its members, <br><br> *Proposed Intervenor-Defendants.* | **Civil Action No. 1:25-cv-01069-TSC** |

**[Proposed] Order Granting Choices Pregnancy Centers of Greater Phoenix, Inc. and Christian Employers Alliance's Motion to Intervene as Intervenor-Defendants**

It is hereby ORDERED that under Federal Rule of Civil Procedure 24, Choices Pregnancy Centers of Greater Phoenix, Inc. and Christian Employers Alliance's motion to intervene as intervenor-defendants [Dkt #xx] is GRANTED.

_____
Tonya S. Chutkan
United States District Judge

DATE:

1

Copy to:

Jon M. Greenbaum, Attorney for Plaintiff
Justice Legal Strategies PLLC
P.O. Box 27015
Washington, DC 20038-7015
202-601-8678
Email: jgreenbaum@justicels.com

Lisa J. Banks, Attorney for Plaintiff
Marilyn Gabriela Robb, Attorney for Plaintiff
Katz Banks Kumin LLP
11 Dupont Circle NW, Suite 600
Washington, DC 20036
202-299-1140
Email: banks@katzbanks.com
Email: robb@katzbanks.com

Victoria S. Nugent, Attorney for Plaintiff
Democracy Forward
P.O. Box 34553
Washington, DC 20043
202-862-1393
Email: vnugent@democracyforward.org

Donald J. Trump, President of the United States, Defendant
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

U.S. Equal Employment Opportunity Commission, Defendant
131 M Street, NE
Washington, D.C. 20507

Andrea R. Lucas, Acting Chair of the EEOC, Defendant
131 M Street, NE
Washington, D.C. 20507

Attorney General of the United States, for Defendants
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Attorney, for Defendants
Civil Process Clerk, US Attorney's Office
501 Third Street, NW, 4th Floor
Washington, D.C. 20530

Matthew S. Bowman, Attorney for Movant
Natalie D. Thompson, Attorney for Movant
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
202-393-8690
Email: mbowman@ADFlegal.org
Email: nthompson@ADFlegal.org

Julie Marie Blake, Attorney for Movant
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
571-707-4655
Email: jblake@ADFlegal.org