IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jocelyn Samuels**, <br><br> *Plaintiff,* <br><br> v. <br><br> **Donald J. Trump,** et al., <br><br> *Defendants,* <br> and <br><br> **Choices Pregnancy Centers of Greater Phoenix, Inc.** and **Christian Employers Alliance**, on behalf of its members, <br><br> *Proposed Intervenor-Defendants.* | Civil Action No. 1:25-cv-01069-TSC |

**Proposed Intervenor-Defendants Choices Pregnancy Centers of Greater Phoenix, Inc. and Christian Employers Alliance's LCvR 26.1 Disclosure of Corporate Affiliations and Financial Interests**

I, the undersigned, counsel of record for Proposed Intervenor-Defendants Choices Pregnancy Centers of Greater Phoenix (Choices), and Christian Employers Alliance (CEA), certify the following to the best of my knowledge and belief:

1. Choices is an Arizona nonprofit corporation, it has no parent corporation, nor does any publicly-held company own at least 10% of its stock.

2. CEA is a North Dakota nonprofit corporation, it has no parent corporation, nor does any publicly-held company own at least 10% of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

1

Respectfully submitted this 24th day of April, 2025.

                */s/ Matthew S. Bowman*

**Matthew S. Bowman**
D.C. Bar No. 993261
**Natalie D. Thompson***
D.C. Bar No. 90026665
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org
nthompson@ADFlegal.org

**Julie Marie Blake**
D.C. Bar No. 998723
VA Bar No. 97891
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

*Counsel for Proposed Intervenor-Defendants Choices Pregnancy Centers of Greater Phoenix, Inc. and Christian Employers Alliance*

*\*Application for admission to the Bar of this Court pending*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2025, a copy of the foregoing was served via the Court's electronic case filing system to:

Jon M. Greenbaum
**Justice Legal Strategies PLLC**
P.O. Box 27015
Washington, DC 20038-7015
202-601-8678
Email: jgreenbaum@justicels.com

Lisa J. Banks
Marilyn Gabriela Robb
**Katz Banks Kumin LLP**
11 Dupont Circle NW, Suite 600
Washington, DC 20036
202-299-1140
Fax: 202-299-1148
Email: banks@katzbanks.com
Email: robb@katzbanks.com

Victoria S. Nugent
**Democracy Forward**
P.O. Box 34553
Washington, DC 20043
202-862-1393
Email: vnugent@democracyforward.org

*Attorneys for Plaintiff Jocelyn Samuels*

and served via email to *Jeremy.S.Newman@usdoj.gov* for Defendants pursuant to his consent in writing to accept service by email, which does not waive the right to insist on proper formal service of the complaint and summons.

                                                     */s/ Matthew S. Bowman*