## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOCELYN SAMUELS,
131 M Street, NE
Washington, D.C. 20507,

*Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States,
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500,

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
131 M Street, NE
Washington, D.C. 20507,

and

ANDREA R. LUCAS, in her official capacity
as Acting Chair of the Equal Employment
Opportunity Commission,
131 M Street, NE
Washington, D.C. 20507,

*Defendants.*

Case No.: 1:25-cv-01069-TSC

## [PROPOSED] ORDER DENYING CHOICES PREGNANCY CENTERS OF GREATER PHOENIX, INC. AND CHRISTIAN EMPLOYERS ALLIANCE'S MOTION TO INTERVENE AS DEFENDANTS

It is hereby ORDERED that under Federal Rule of Procedure 24, Choices Pregnancy Centers of Greater Phoenix, Inc. and Christian Employers Alliance's Motion to Intervene as Defendants is DENIED.

Date: _____

_____
TANYA S. CHUTKAN
United State District Judge

1

Pursuant to Local Rule 7(k), the following attorneys and parties are entitled to be notified of entry of this Proposed Order.

For Movants Choices Pregnancy Centers of Greater Phoenix, Inc. and Christian Employers Alliance:

> Matthew S. Bowman
> Erin Morrow Hawley
> Natalie Thompson
> ALLIANCE DEFENDING FREEDOM
> 440 First Street NW, Suite 600
> Washington, DC 20001
> 202-393-8690
> Email: mbowman@adflegal.org
> Email: ehawley@adflegal.org
> Email: nthompson@adflegal.org
>
> Julie Marie Blake
> ALLIANCE DEFENDING FREEDOM
> 44180 Riverside Parkway
> Lansdowne, VA 20176
> 571-707-4655
> Fax: 571-707-4790

For Defendants:

> Jeremy Samuel Bloch Newman
> U.S. DEPARTMENT OF JUSTICE
> Civil Division, Federal Programs Branch
> 1100 L Street NW
> Washington, DC 20005
> 202-532-3114
> Email: jeremy.s.newman@usdoj.gov
>
> Donald J. Trump, President of the United States, Defendant
> 1600 Pennsylvania Avenue, NW
> Washington, D.C. 20500
>
> U.S. Equal Employment Opportunity Commission, Defendant
> 131 M Street, NE
> Washington, D.C. 20507
>
> Andrea R. Lucas, Acting Chair of the EEOC, Defendant
> 131 M Street, NE
> Washington, D.C. 20507
> Attorney General of the United States

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Attorney
Civil Process Clerk, US Attorney's Office
501 Third Street, NW, 4th Floor
Washington, D.C. 20530

For Plaintiff Jocelyn Samuels:

Lisa J. Banks
Carolyn L. Wheeler
Bonnie Lynn Henry
Marilyn Gabriela Robb
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
(202) 299-1140
Fax: 202-299-1148
Email: banks@katzbanks.com
Email: wheeler@kmblegal.com
Email: henry@katzbanks.com
Email: robb@katzbanks.com

Victoria S. Nugent
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043
202-862-1393
Email: vnugent@democracyforward.org

Jon M. Greenbaum
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, DC 20038-7015
202-601-8678
Email: jgreenbaum@justicels.com