IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOCELYN SAMUELS, <br><br>   Plaintiff, <br><br>   v. <br><br> DONALD J. TRUMP, in his Official Capacity as President of the United States, *et al.*, <br><br>   Defendants. | Civil Action No. 25-1069 (TSC) |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendants hereby file this Unopposed Motion to Extend Time to Respond to the Complaint. Plaintiff filed the Complaint in this action on April 10, 2025. *See* Complaint for Declaratory and Injunctive Relief, ECF No. 3 ("Complaint"). The U.S. Attorney's Office received service on April 16, 2025. Accordingly, pursuant to Federal Rules of Civil Procedure 12(a)(2) and 6(a)(1), the current deadline for Defendants to respond to the Complaint is June 16, 2025. Defendants respectfully request that the Court extend this deadline to June 30, 2025. Undersigned counsel conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose this Motion.

Since Plaintiff filed the Complaint, undersigned counsel has been and continues to be occupied with a number of pressing litigation matters. This has included briefing and/or oral argument on dispositive motions and/or motions for preliminary injunction in *Democratic National Committee v. Trump*, 1:25-cv-587 (D.D.C.), *Corporation for Public Broadcasting v. Trump*, 1:25-cv-1305 (D.D.C.), *Moms for America v. U.S. Department of Health and Human Services*, 3:24-cv-650 (M.D. Fla.), and *VanDerStok v. Bondi*, 4:22-cv-691 (N.D. Tex.); filing

1

answers and a joint report regarding case management and scheduling in *Navajo Nation v. Department of the Interior*, 1:25-cv-20 and 1:25-cv-22 (D.D.C.); and a hearing scheduled for June 23, 2025 in *In re Application of Politico LLC*, 1:25-mc-7 (D.D.C.).  In addition, undersigned counsel is required to report for jury duty on June 10, 2025.  This modest extension will not prejudice any party, as shown by the fact that Plaintiff does not oppose this Motion.

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and enter an order extending Defendants' deadline to respond to the Complaint to June 30, 2025.

Dated:  June 9, 2025                              Respectfully Submitted,

 

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

<u>/s/ Jeremy S.B. Newman</u>
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*