AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jocelyn Samuels | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-1069 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jocelyn Samuels                                                                                                                     .

Date:  06/20/2025

/s/ Elena Goldstein
*Attorney's signature*

Elena Goldstein, DC Bar No. NY0620
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043

*Address*

egoldstein@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*