IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOCELYN SAMUELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-1069 (TSC) |
| ) | |
| DONALD J. TRUMP, in his Official ) | |
| Capacity as President of the ) | |
| United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Donald J. Trump, in his official capacity as President of the United States, U.S. Equal Employment Opportunity Commission, and Andrea R. Lucas, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission, respectfully move to dismiss the Complaint for Declaratory and Injunctive Relief, ECF No. 3, for failure to state a claim upon which relief can be granted. The grounds for this motion are fully explained in the accompanying memorandum of law.

1

Dated:  June 30, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*