**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOCELYN SAMUELS,<br>131 M Street, NE<br>Washington, D.C. 20507,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as<br>President of the United States,<br>1600 Pennsylvania Avenue, NW<br>Washington, D.C. 20500,<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION,<br>131 M Street, NE<br>Washington, D.C. 20507,<br><br>and<br><br>ANDREA R. LUCAS, in her official capacity<br>as Chair of the Equal Employment Opportunity<br>Commission,<br>131 M Street, NE<br>Washington, D.C. 20507,<br><br>*Defendants.* | Case No.: 1:25-cv-01069-TSC<br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO F.R.C.P.<br>41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jocelyn Samuels hereby gives notice that the above-captioned action is voluntarily dismissed against all Defendants.

DATE: July 6, 2026                                 Respectfully submitted,


                                                                  /s/ Elena Goldstein
                                                                  Victoria S. Nugent (D.C. Bar No. 470800)
                                                                  Elena Goldstein  (D.C. Bar No . 90034087)
                                                                  **DEMOCRACY FORWARD FOUNDATION**
                                                                  P.O. Box 34553
                                                                  Washington, D.C. 20043
                                                                  (202) 448-9090
                                                                  vnugent@democracyforward.org
                                                                  egoldstein@democracyforward.org

                                                                  Lisa J. Banks (D.C. Bar No. 470948)
                                                                  Carolyn L. Wheeler (D.C. Bar No. 1028645)
                                                                  Bonnie L. Henry (D.C. Bar No. 1780382)
                                                                  Marilyn Gabriela Robb (D.C. Bar No. 1686757)
                                                                  **KATZ BANKS KUMIN LLP**
                                                                  11 Dupont Circle, NW
                                                                  Washington, D.C. 20036
                                                                  (202) 299-1140
                                                                  Banks@katzbanks.com
                                                                  Wheeler@katzbanks.com
                                                                  Henry@katzbanks.com
                                                                  Robb@katzbanks.com

                                                                  Jon M. Greenbaum (D.C. Bar No. 489887)
                                                                  **JUSTICE LEGAL STRATEGIES PLLC**
                                                                  P.O. Box 27015
                                                                  Washington, D.C. 20038
                                                                  (202) 601-8678
                                                                  jgreenbaum@justicels.com

                                                                  *Attorneys for Plaintiff Jocelyn Samuels*